No. 382. SCHLEIER *v.* UNITED STATES. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Paul Koch* for petitioner. *Solicitor General Biggs* and *Mr. Harry S. Ridgely* for the United States.

No. 385. AMERICAN COMPRESS & WAREHOUSE Co. *v.* BENDER. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. W. Scott Wilkinson* and *C. Huffman Lewis* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Lee A. Jackson,* and *H. Brian Holland* for respondent.

No. 388. CARLSEN *v.* NEBRASKA. October 22, 1934. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. Ernest B. Perry* and *Walter D. James* for petitioner. *Messrs. Paul F. Good* and *Wm. H. Wright* for respondent.

No. 390. KIMBALL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Watson Washburn* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 391. ILLINOIS CENTRAL R. Co. *v.* CRAIN, ADMINISTRATRIX. October 22, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs.*

*M. F. Watts, Wm. R. Gentry, Edward C. Craig,* and *Charles A. Helsell* for petitioner. No appearance for respondent. 335 Mo. 658; 73 S. W. (2d) 786.

No. 392. ARKO MINING CO. *v.* ICKES, SECRETARY OF THE INTERIOR. October 22, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Clyde L. Rogers* for petitioner. *Solicitor General Biggs, Assistant Attorney General Blair,* and *Mr. Aubrey Lawrence* for respondent.

No. 402. HOUGHTON ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE;
No. 403. HOUGHTON *v.* SAME; and
No. 404. HOUGHTON ET AL. *v.* SAME. October 22, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Angulo, Russell L. Bradford,* and *George H. Craven* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John G. Remey* for respondent.

No. 405. CORNING TRUST CO., EXECUTOR, *v.* COMMISSIONER OF INTERNAL REVENUE. October 22, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Angulo, Russell L. Bradford,* and *George H. Craven* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *John G. Remey* for respondent.